UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS' PENSION TRUST FUND OF
LOCAL UNION #58, IBEW; ELECTRICAL WORKERS'
JOINT BOARD OF TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT BENEFIT
FUND OF THE ELECTRICAL INDUSTRY, DETROIT,
MICHIGAN; IBEW LOCAL NO. 58 ANNUITY FUND;
JOINT APPRENTICESHIP TRAINING TRUST FUND;
NECA-IBEW LOCAL LABOR-MANAGEMENT
COOPERATION FUND; and NATIONAL ELECTRICAL
BENEFIT FUND,

Case No. 2:09-cv-11226

    Plaintiffs,

Hon. George Caram Steeh

v

SERVICE ELECTRIC COMPANY, INC.,

    Defendant.
_____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Bonnie Lobbestael**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Bonnie Lobbestael, officer and director of the corporation ("Defendant"), whose registered office address is 3421 S. Hadley, Ortonville, Michigan 48462, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C.,

400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **July 27, 2010 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on September 8, 2009 and the Order Accepting March 30, 2010 Report and Recommendation Granting Plaintiffs Amended Motion for Attorneys' Fees and Costs entered herein against Defendant on May 17, 2010.

IT IS FURTHER ORDERED that said person shall bring with her the following books, records, and papers in her possession, custody or control as they relate to Defendant Service Electric Company, Inc.:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant at any and all times during the period three (3) years preceding the date hereof or date of cessation of business, whichever is earlier;

3. All books of account and accounts receivable ledgers;

4. List of assets and liabilities;

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by

or on behalf of Defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier; and

6.  Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant during the period three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

IT IS FURTHER ORDERED that said Defendant, Service Electric Company, Inc., and its officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

Dated: June 18, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 18, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk